UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KIMBERLY AVALLON,
*Plaintiff,*

v.

CITY OF NEWPORT, ERIC
ADKINS and IAN McGREGOR
*Defendants.*

C.A. No. 1:20-cv-515
*{Superior Court C.A. No. NC-2019-0291}*

## **DEFENDANTS' NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the

Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for

the District of Rhode Island, Defendants, City of Newport, Eric Adkins and Ian McGregor,

allege as follows:

1. City of Newport, Eric Adkins and Ian McGregor ("defendants"), are defendants in the

   civil action filed in Newport County Superior Court, entitled, **Kimberly Avallon v. City**

   **of Newport, Eric Adkins and Ian McGregor,** *C.A. No. NC-2019-0291.*

2. Attached hereto is a copy of the Complaint filed in the case being removed, pursuant to

   Local Civil Rule 81(a).

3. This Notice of Removal is filed timely under 28 U.S.C. § 1446(b).

4. The above-described action, as stated in Plaintiff's Amended Complaint, is one of which

   this Court has original federal question jurisdiction, pursuant to the provisions of 28

   U.S.C. § 1331, and is therefore one which may be removed to this Court by these

   Defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

5. This Notice of Removal is filed on behalf of these Defendants.

6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed, pursuant to Local Rule 81(a)(1).

7. Within fourteen (14) days after filing this Notice of Removal, the party filing this notice shall do whatever is necessary to enable the clerk of the state court to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case being removed, pursuant to Local Civil Rule 81(b).

Defendants,
By their attorney,

*/s/Marc DeSisto*
Marc DeSisto, Esq. (#2757)
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
(401) 272-4442
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify, that on this 9th day of December 2020, I electronically served this document through the electronic filing system upon the following parties:

Michael W. Garland, Esq. (#6394)
mwg@mckinnonharwood.com

The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

*/s/ Marc DeSisto*